1  ~~Your Name:~~ Jason M. Ingber, Esq. (SBN 318323)
2  Address: 3580 Wilshire Blvd., Suite 1260
3  Los Angeles, California 90010
4  Phone Number: (213) 805-8373
5  Email Address: ji@jasoningber.com
6  ~~Pro Se Plaintiff~~ Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka-McKinleyville

| | |
|---|---|
| RONAK N. SHAFI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOORDASH, INC., a Delaware corporation; STRIPE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case Number: 3:25-cv-06773-AGT<br>**NOTICE OF VOLUNTARY DISMISSAL OF**<br>[check one]<br>☐ **THIS ENTIRE CASE**<br>☑ **ONLY DEFENDANT** [name]<br>STRIPE, INC., a Delaware corporation<br>JUDGE:<br>Hon. Magistrate Judge Alex G. Tse |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☐ this entire case.

☑ only Defendant [name] STRIPE, INC., a Delaware corporation.

Such dismissal shall be with~~out~~ prejudice, with each side to bear its own costs and fees.

Date: October 27, 2025    Signature: *Jason Ingber*
                          Print Name: Jason Ingber